EXHIBIT 02

## PROMISSORY NOTE
## NON NEGOTIABLE

Jacksonville, Duval County, Florida.                     Date: March 1, 1993

**FOR VALUE RECEIVED**, the Community Rehabilitative Treatment Center, Inc. (CRTC, Inc.) promises to pay to the order of MOHAMED O. SALEH ("SALEH"), his successors and assigns, the principal sum of nine thousand and three hundred dollars ($9,300) at 8% interest in installments as follows:

$5,000.00 on March 12, 1993, and $5,044.00 on or by May 10, 1993.
In the event of default in the payment of any of the installments when due as provided in this note, Saleh (sometimes hereinafter designated "Holder") may without notice or demand, declare the entire principal sum then unpaid immediately due and payable.

The Holder may, with or without notice of the Borrower, cause additional parties to be added to this note or release any party, or revise, renew or extent the note, or extend the time for making any installment provided for in this note, or accept any installment in advance, all without affecting the liability of the Borrower.

If suit is commenced on this note, the Borrower agrees to pay the Holder, all collection fees, including but not limited to attorneys' fees (including appellate attorneys' fees).

Borrower agrees to pay a reasonable collection charge should collection be referred to a collection agency.

Borrower hereby waives:
a) Presentment, demand, protest, notice of dishonor, and/or notice of protest, and notice of non-payment;
b) The right, if any, to the benefit of, or to direct the application of, any security, hypothecated to the holder until all indebtedness of Borrower to the holder, howsoever arising, shall have been paid; and,
c) The right to require the Holder to proceed against the Borrower, or to pursue any other remedy in Holder's power.

**IT IS AGREED** that if the Borrower at any time fails in business or becomes insolvent, or commit an act of bankruptcy, or if any deposit account or other property of the undersigned, or if borrower is attempted to be obtained or held by writ of execution, garnishment, attachment, or other legal process, or if any assessment for taxes against the undersigned, or any assessment other than taxes on real property, is made by federal or state government, or if borrower fails to notify the Holder of any material change in the financial condition of the Borrower, then and in such case, all of the obligations of the Borrower shall, at the option of the Holder, become due and payable immediately without demand or notice.

The Borrower authorizes Saleh to date this note as of the day when the loan evidenced by this note is made and to complete this note in any other particulars according to terms of the loan.

EXHIBIT 02

EXHIBIT 02

The Borrower also waives any right to demand compliance with Chapter 200 of the Florida Statutes, or any other state or federal statutes pertaining to the payment of documentary stamps as a condition precedent to enforcement of the note.

BORROWER:                                           WITNESS:

_____           _____
MARK A. ULERIE, President, CRTC, Inc.

_____           _____
JEROLYNN ULERIE, Secretary, CRTC, Inc.

_____           _____
REGINALD GAFFNEY, Vice President, CRTC, Inc.

_____           _____
STANLEY TWIGGS, Assoc. V. President, CRTC, Inc.

                                                    WITNESS
HOLDER: _____   _____
MOHAMED SALEH

EXHIBIT 02