# EXHIBIT LL
## LIKE IN LEX LUTHOR



ABUSE OF POWER COMES AS NO SURPRISE

DISGRACED CORRUPTOCRAT CONGRESSWOMAN CORRINE BROWN

M. SALEH, MD, ABPN, FA[...]
FEARLESS BANI AMER

copy of book email to salehfl28@gmail.com