CASE: **3:17-cv-01465-MMH-PDB**

UNITED STATES DITRICT COURT
MIDDLE DISTRICT OF FLORIDA
IN AND FOR DUVAL COUNTY FLORIDA
CASE: **3:17-cv-01465-MMH-PDB**

PLAINTIFF
MOHAMED O SALEH, & Daughters

V

DEFENDANTS
STATE OF FLORIDA   et al

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT
2018 JAN 30 AM 11: 39
FILED

**ADDENDUM TO
MOTION TO AMEND COMPLAINT
3:17-cv-01465-MMH-PDB**

COMES NOW the Plaintiff Mohamed O Saleh, representing himself and states, that at age 65 he would rather spend his time teaching his minor daughters and reading a good book, then trying to be a lawyer.

The Plaintiff is well aware of the saying that "..a lawyer that represents himself/has a fool for a lawyer".

The plaintiff does not take any pleasure in spending the last years of his life reading law treatises and formulating pleadings.  Unfortunately his alternative is dying a dishonorable slow death, without having secured the future of his minor daughters.

**JURISDICTIONAL ALLEGATIONS**

1. This petition is companion to a complaint for money damages filed in this court., on or about 12/29/2017. Case No. : 3:17-cv-01465-MMH-PDB.

2. The Plaintiff wishes to add his five minor daughters as co-plaintiffs , if this Honorable Court will allow it as they have suffered just as much, if not more due to the torts perpetrated against the plaintiff (their father).

3. The Plaintiff wishes to add his former wife Maria Graciela Saleh, if this Honorable Court will allow it,  as co-plaintiff according to what is uncovered during discovery.  She is either a victim or a co-

1

conspirator. It is more likely than not that the dissolution of marriage is a direct result of undue influence on the former wife by the primary Defendant i. e.the ex Congresswoman Corrine Brown.

4. The companion complaint is an action for money damages far in excess of $ 75,000.00 (seventy five thousand dollars) for protection from bodily harm, to save the plaintiff's daughters from a bleak future, and to restore the Plaintiffs Human Rights, Civil Rights and Constitutional rights that have been massively violated by the conspirators, often under color of law.

5. At all times material to the lawsuit, the Plaintiff and key defendants in complaint 3:17-cv-01465-MMH-PDB were residents of two and perhaps three different States

6. The plaintiff is a naturalized USA citizen; Citizenship/state of Residency and domicile for the Plaintiff et al is 1306 Campbell Avenue Jacksonville Florida 32207 .

7. Respondent Thomas Carroll (Nevada BAR 004232) is employed with the Clark County Nevada District Attorney Office with address at Regional Justice Center  200 Lewis Ave Las Vegas Nevada 89155-2212. Mr. Carroll is the perpetrator of the 2nd "overt act" of the to be alleged conspiracy.

8. This is the primary location of Respondent Thomas Carroll  daily business, and where he returns every workday; domicile is unpublished, due to the nature of his business.  His domicile is "more likely than not" in Nevada.

9. Respondent Kendra Still is attached to the Las Vegas Nevada DEA Field office with address 550 S Main Street Las Vegas Nevada 89101.  This is her primary place of work.  This is the place where she returns every workday. The DEA Field Office will not release her domicile address, due to the nature of her work. It is presumed that she lives in Nevada.

10. It took seven years of rigorous, relentless, unforgiving research to gather the evidence that proves clearly and convincingly that a conspiracy against the plaintiff has been in progress since on or about October 2010; the plaintiff looks forward to introduce the EXIBITS in the very near future

11. The primary causes of action, to be expanded upon in the complaint are Deprivation of Rights Under Color of Law (Title 18 U.S. Code § 242 ) and  Conspiracy Against Rights protected by the Constitution of the United States of America (Title 18 U.S.C. 241 ) .

12. Violation of the Constitutional Right to "due Process", Violation of the 8th Amendment right against cruel and unusual punishment. Fabrication of criminal charges. Malicious, wanton, willful and wrongful Prosecution. intentionally (and maliciously) instituting and pursuing a fabricated criminal **legal** action that was brought without probable cause, and had been dismissed 8 months earlier on 3/29/2011 in favor of the plaintiff .

2

13. Additional causes of action, clearly and simply written, free of tangles will be added to the primary complaint

14. At age 65 and the ongoing, daily psychological and physical oppression that the Plaintiff is experiencing, the plaintiff is rightfully concerned that he will not be around to see Justice prevail. Hence, he is grateful that in accordance with Local Rule 3.02 his action has been designed as a TRACK TWO CASE and may be brought to closure within 12 to 18 months.

15. The plaintiff is claiming that four **identified** individuals, conspired with an unidentified number of other individuals, some employed by the state, to deprive the plaintiff of his lifetime savings, of his homestead, other unencumbered very valuable real estate that was diverted "under color of law" as late as six months ago.

16. The soon to be identified co-conspirators deprived him of his ability to continue working in the profession where he excelled for thirty years, in the state of his choice, Florida. They then conspired to deprive him of his constitutional right to be employed in his profession in other states. States where the Medical Boards had first hand knowledge of his dedication to his profession, his abilities to empathize for his patients and provide them with the best care available.

17. They therefore deprived him, directly and indirectly of the remuneration that he would have earned from as early as 2010 to the present time.

18. They deprived him of his Constitutional right to provide for his minor children. As the Plaintiff writes these lines they are conspiring to defraud him of his unencumbered homestead and his last possessions, that were being kept as inheritance for his minor daughters. The conspiracy has achieved the bulk of its goals, continues unabated, and is now going for the "coup de grace"

19. This Honorable Court for the Middle District of Florida has Jurisdiction under the "Diversity Rule". (Title 28 U.S.C. ). This Honorable Court has subject matter jurisdiction and personal jurisdiction.



## GENERAL ALLEGATIONS

20. The plaintiff filed the complaint #. :3:17-cv-01465-MMH-PDB. On or about 12/29/2017 and in the following days also filed an Emergency Petition for a TRO, a Petition for appointment of Pro Bono Counsel , an Application to proceed in Forma Pauperis and a Motion to Amend his initial complaint.

21. As expected the complaint was "stricken" by this Honorable Court.

22. The plaintiff did not have enough time to properly read the Federal Rules of Civil Procedure.

23. The Plaintiff was under time pressure to file as soon as possible the TRO and he needed a docket number .

24. As expected the TRO was also Denied. Filing of the TRO was an end in itself. Even "denied" the TRO Carried some weight. No Judge of the United States Court System, in his right mind would fulfill the "prophecy" of that TRO. As long as there was enough time for a copy of the TRO to get to him or her.

25. The timing of the initial motion, the TRO and the Motion to Amend was not chosen by serendipity. It was well calculated.

26. The Plaintiff is compelled to use this unorthodox strategy, due to his circumstances and the power of his nemesis,

27. The Plaintiff is deeply mortified for impinging so much on the valuable and precious time of this Honorable Court in the Middle District of Florida.

28. This Honorable Court was beyond just and generous in giving the Plaintiff an additional month to re-file a properly plead amended motion.

29. Unfortunately after twenty five days of studying the Federal Rules of Civil Procedures he is yet to complete a "properly plead " and amended complaint.

30. The plaintiff will need more time to complete his rightful complaint for damages.

31. The plaintiff wishes to reduce the list of respondents to those against whom he has "verifiable" clear and convincing evidence that he is the target of a conspiracy with multiple goals. i.e.

32. STATE OF FLORIDA (Superior Respondeat)
33. AGENCY FOR HEALTHCARE ADMINISTRATION, FLORIDA (Superior Respondeat)
34. FLORIDA STATE DEPARTMENT OF HEALTH (Superior Respondeat)
35. Voting Members of the FL BOARD OF MEDICINE (4/6/2013 & 6/9/2017) Jointly and Separately

4

36. HORACE DOZIER, Field Office Manager Medicaid Integrity Office, Florida
37. CLAUDIA KEMP, Executive Director of the Florida state Board of Medicine
38. CARMEN GILLEY, Senior Regulatory Specialist Department Of Health
39. STATE OF NEVADA (Superior Respondeat)
40. THOMAS CARROLL, Chief Deputy District Attorney for Clark County Nevada
41. OFFICE OF THE DISTRICT ATTORNEY, Clark County Nevada (Superior Respondeat )
42. KENDRA STILL Public Safety Agent with DEA Office in Las Vegas NV on 1/11/2011

43. Perhaps some of his evidence reaches the highest standard of "beyond a reasonable doubt".

44. The plaintiff wishes to strike out the following Respondents:
45. CORRINE BROWN, EX Congresswoman from FL 5th District (the Mastermind)
46. SUMMER NICHOLS Attorney in Jacksonville
47. AGENCY FOR HEALTH AND HUMAN SERVICES
48. REGINALD GAFFNEY, CEO Community Rehabilitation Center
49. MARK ULERI, CEO Quality Life Center
50. SHERIFF'S OFFICE, Jacksonville Florida
51. REGINALD ESTELL, Attorney in Jacksonville Florida
52. SUSAN PNIEWSKI, Attorney in Jacksonville Florida
53. CARYL KILINSKI, Attorney in Tallahassee Florida
54. GREGG MCCAULIE, Judge Fourth Judicial Circuit Court
55. UNIDENTIFIED CONGRESSPERSON AND/OR SENATOR From Nevada State
56. UNIDENTIFIED EMPLOYEE WITH THE FLORIDA DOMESTIC DEPOSITORY
57. BOARD OF DIRECTORS COMMUNITY REHABILITATION CENTER (CRC)
58. GRACIELA ALTAMIRANO SALEH
59. MAGDALENA AVERHOFF, MD, CHAIRWOMAN Florida Board of Medicine
60. SARVAM TERKONDA, MD CHAIRMAN Credentialing Committee on June 8 2017
61. DEREK BERMUDEZ
62. NORTH FLORIDA JUDICIAL QUALIFICATIONS COMMISSION
63. AJIT S NARASIMHAN A CALIFORNIA RESIDENT

64. The Plaintiff wishes to add and strike out the following respondents
65. FLORIDA BAR
66. INTERNAL REVENUE SERVICES
67. KENNETH SEMINARIO
68. WELLS FARGO
69. Beth Terry, Attorney in Jacksonville Florida
70. Demere Mason, Attorney in Jacksonville Florida
71. Other unspecified Jacksonville attorneys

72. The plaintiff will strike out completely to following company from the list of respondents, as he feels that it is an innocent company that was caught in the "crossfire"
73. FINANCE OF AMERICA REVERSE MORTGAGE COMPANY et al

CASE: **3:17-cv-01465-MMH-PDB**

74. The plaintiff is adding names to the list that he is striking out, as he does not want for his claim to be dismissed for failure of including "substantive" and "essential" defendants.

75. The plaintiff hopes that this honorable court will allow him to file a "Motion for Leave to Amend" the list of respondents to include who should be included as "discovery" progresses.

76. The Plaintiff is hoping to have the funds to dismiss his Application to Proceed in Forma Pauperis and his Petition for a Pro Bono Counsel; according to the response to a Notice to Remove that he will file shortly.

77. The plaintiff is hoping to have the funds to retain a Civil Rights Attorney, a Family Law Attorney and an Health Law Attorney to help him reinstate his Florida Medical License

78. The Plaintiff's Medical License was never SUSPENDED.

79. If it pleases the Court to view the website of the Florida Board Of Medicine, it is there for everybody to see: the "plaintiff "RELINQUISHED HIS LICENSE" to practice medicine in the State of Florida

80. The plaintiff did not have any reason to relinquish a license that he held with integrity and honor since 1984.

81. The evidence will show "clearly and convincingly" that the "relinquishment" was a critical part of the conspiracy

82. As "discovery" takes place, the plaintiff is certain that evidence will come to light implicating several of the defendants that he is now striking out from the original list.

83. WHEREFORE: The plaintiff moves this Honorable Court to extend the time to file his complaint until February 28, 2018.

Respectfully Submitted

Mohamed O Saleh, MD, BCFM, FAPA, ASAM, ABPN
1306 Campbell Avenue
Jacksonville, Florida 32207

VERIFICATION

Before me personally appeared Mohamed O Saleh, who being by me duly sworn and identified in accordance with Florida Law, deposes and says.

My name is Mohamed O Saleh, petitioner herein
I have read and understand the attached foregoing Addendum to Motion to Amend, filed herein and attest under threat of perjury, with possible fines, incarceration and other sanctions, that each and every fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT

Mohamed O Saleh, MD, BCFM, FAPA, ASAM

Sworn to and subscribed by me this _SO_ Day of _January_ Month _____ 2018

Public Notary

My Commission Expires _11/6/20_

**JOANN DAWN MORRIS**
MY COMMISSION # GG041714
EXPIRES November 06, 2020