**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MOHAMED O. SALEH, MD, BCFM, FAPA,
ASAM, ABPN,

      Plaintiff,

vs.                                                            Case No. 3:17-cv-1465-J-34PDB

STATE OF FLORIDA, et al.,

      Defendants.

_____

## **O R D E R**

**THIS CAUSE** is before the Court on the attached Summarized Account submitted by John Salerno on January 31, 2018. Upon review, the Court finds that this document is not a pleading, motion, or other paper permitted to be filed with the Court pursuant to the Federal Rules of Civil Procedure and/or the Local Rules of this Court. Therefore, the Summarized Account will be stricken. Plaintiff and Mr. Salerno are cautioned against submitting such extraneous materials to the Court and advised that future submissions may be returned without further notice. Accordingly, it is hereby **ORDERED**:

The attached Summarized Account is **STRICKEN** and will not be filed separately on the Court docket.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of February, 2018.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Pro Se Party