UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MOHAMED O. SALEH, MD, BCFM, FAPA,
ASAM, ABPN,

    Plaintiff,

vs.

Case No. 3:17-cv-1465-J-34PDB

STATE OF FLORIDA, et al.,

    Defendants.
_____/

# O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 20; Report), entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on May 23, 2018. In the Report, Judge Barksdale recommends that any 42 U.S.C. § 1983 or Bivens[1] claims be dismissed with prejudice, and any state law claims be dismissed without prejudice. See Report at 19. Plaintiff has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

---

[1] Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388 (1971).

-1-

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 20) is **ADOPTED** as the opinion of the Court.

2. To the extent Plaintiff asserts any 42 U.S.C. §1983 and Bivens claims in this action, those claims are **DISMISSED**. To the extent Plaintiff brings any state law claims in this action, those claims are **DISMISSED without prejudice**.

3. The Clerk of Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 13th day of June, 2018.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record
Pro Se Party

-2-